# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MICHAEL DUNN,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 74945



**FILED**

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "a final order on December 14, 2017." Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of this appeal reveals a jurisdictional defect. Review of the district court minute entries indicate that no appealable order was entered on December 14, 2017. To the extent that appellant appeals from district court orders denying a pretrial petition for a writ of habeas corpus, denying a motion for transcripts, denying a motion to authenticate search warrant and court orders, and denying a global motion to strike all three of the State's untimely oppositions, no statute or court rule provides for an appeal from such orders. *See Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (order denying pretrial habeas relief is an intermediate order that may be challenged in a timely appeal from the judgment of conviction); *Sheriff v. Gillock*, 112 Nev. 213, 912 P.2d 274 (1996) (only the State may appeal from a district court order granting in part and denying in part a pretrial petition for a writ of habeas corpus); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no

statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.        _____, J.
Parraguirre                                                        Stiglich

cc:   Hon. Kerry Louise Earley, District Judge
       John Michael Dunn
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk